UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

## VERDICT

**FRANK E. REID**

V.                                          CIVIL ACTION NO. 2:11cv31

**J. CARICO,** *et al.*,

### Excessive Force

1. Has Mr. Reid proven by a preponderance of the evidence that Sergeant Carico used force against Reid maliciously for the purpose of causing harm, rather than in a good faith effort to maintain or restore discipline or to protect himself from serious injury?

    _____ Yes            __X__ No

2. Has Mr. Reid proven by a preponderance of the evidence that Officer Robinson used force against Reid maliciously for the purpose of causing harm, rather than in a good faith effort to maintain or restore discipline or to protect himself from serious injury?

    _____ Yes            __X__ No

3. Has Mr. Reid proven by a preponderance of the evidence that Officer Dixon used force against Reid maliciously for the purpose of causing harm, rather than in a good faith effort to maintain or restore discipline or to protect himself from serious injury?

    _____ Yes            __X__ No

4. Has Mr. Reid proven by a preponderance of the evidence that Officer Craft used force against Reid maliciously for the purpose of causing harm, rather than in a good faith effort to maintain or restore discipline or to protect himself from serious injury?

_____ Yes          __X__ No

**Assault and Battery**

5. Has Mr. Reid proven by a preponderance of the evidence that Sgt. Carico used more force than was necessary from the perspective of a reasonably prudent officer acting under the same or similar circumstances?

_____ Yes          __X__ No

6. Has Mr. Reid proven by a preponderance of the evidence that Officer Robinson used more force than was necessary from the perspective of a reasonably prudent officer acting under the same or similar circumstances?

_____ Yes          __X__ No

7. Has Mr. Reid proven by a preponderance of the evidence that Officer Dixon used more force than was necessary from the perspective of a reasonably prudent officer acting under the same or similar circumstances?

_____ Yes          __X__ No

8. Has Mr. Reid proven by a preponderance of the evidence that Officer Craft used more force than was necessary from the perspective of a reasonably prudent officer acting under the same or similar circumstances?

　　　　_____ Yes　　　　　　_X_ No

### Intentional Infliction of Emotional Distress

9. Has Mr. Reid proven by clear and convincing evidence that Sgt. Carico intentionally inflicted severe emotional distress on Mr. Reid by outrageous and intolerable conduct that offends generally accepted standards of decency and morality?

　　　　_____ Yes　　　　　　_X_ No

10. Has Mr. Reid proven by clear and convincing evidence that Officer Robinson intentionally inflicted severe emotional distress on Mr. Reid by outrageous and intolerable conduct that offends generally accepted standards of decency and morality?

　　　　_____ Yes　　　　　　_X_ No

11. Has Mr. Reid proven by clear and convincing evidence that Officer Dixon intentionally inflicted severe emotional distress on Mr. Reid by outrageous and intolerable conduct that offends generally accepted standards of decency and morality?

　　　　_____ Yes　　　　　　_X_ No

12. Has Mr. Reid proven by clear and convincing evidence that Officer Craft intentionally inflicted severe emotional distress on Mr. Reid by outrageous and intolerable conduct that offends generally accepted standards of decency and morality?

_____ Yes       _X_ No

10/29/2013
DATE

Robert L. Shepherd
FOREPERSON'S SIGNATURE

Robert L Shepherd
FOREPERSON'S PRINTED NAME